UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
CATLIN INSURANCE COMPANY,

                    Plaintiff,                    CASE NO. 1:24-cv-4499

     -against-

                                                  **NOTICE OF MOTION**

CHAMP CONSTRUCTION COMPANY, AMERICAN
EMPIRE INSURANCE COMPANY, MERCHANT'S
MUTUAL INSURANCE COMPANY, NAVIGATOR'S
SPECIAL INSURANCE, AXIS INSURANCE,
NAVIGATORS INSURANCE COMPANY, GZA
GEOENVIRONMENTAL, INC., also known as GOLDBERG
ZOINO ASSOCIATES OF NEW YORK P.C., COMMERCE
& INDUSTRY INSURANCE, ACE AMERICAN
INSURANCE COMPANY, GILSANZ, MURRAY,
STEFICEK, LLP, CONTINENTAL CASUALTY
COMPANY, JOHN DOES 1-10 (said persons
being unknown and fictitious) and ABC COMPANIES
1-10 (said entities being unknown and fictitious).

                    Defendants.
---------------------------------------------------------------------------X

        PLEASE TAKE NOTICE that Defendant Goldberg-Zoino Associates of New York, P.C. i/s/h/a GZA Environmental, Inc. a/k/a Goldberg Zoino Associates of New York P.C. ("GZA") by its attorneys, Manning Gross + Massenburg, LLP, and upon the Memorandum of Law In Support, and the Declaration of Joshua S. Stern, dated December 9, 2024, moves this Court, before the Honorable Lewis J. Liman, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for entry of the  entry of an Order

    (i)    dismissing pursuant to Fed. R. Civ. P. 12(b)(1), Plaintiff Catlin Insurance Company's claims against GZA relating to the duty to indemnify and defend as the Court lacks subject matter jurisdiction;

    (ii)    in the alternative, staying the proceeding against GZA; and

    (iii)    granting GZA such other and further relief as this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Local Rule 6.1, answering papers, if any, must be filed by December 23, 2024.

Dated: New York, New York
       December 9, 2024

**MANNING GROSS + MASSENBURG LLP**

By: /s/
       Scott K. Winikow
       Joshua S. Stern
*Attorneys for Defendant*
***GOLDBERG-ZOINO ASSOCIATES OF NEW YORK, P.C. i/s/h/a GZA EOENVIRONMENTAL, INC. a/k/a GOLDBERG ZOINO ASSOCIATES OF NEW YORK P.C.***.
112 West 34th Street, 18th Floor
New York, New York 10120
(212) 244-3333

TO: ALL COUNSEL OF RECORD (Via ECF)