# EXHIBIT B





TRENDING






NEW YORK

# Elad to pay $46M for Tribeca condo project

Sales of units in long-stalled 5 Franklin Place to hit the market in January 2013

By Guelda Voien

JUL 20, 2012, 2:30 PM

The long-stalled development at **5 Franklin Place** in Tribeca is in contract to sell to Elad Properties, Elad confirmed to *The Real Deal* today. The contract price is $44.75 million, according to seller Fishman Holding's executive vice president, Yehuda Mor.

Fishman had planned a 19-story, 58-unit condominium, after <u>successfully bidding</u> for the property at a September 2011 foreclosure auction. Construction has not begun, despite Fishman's statement last year that it would start in the first quarter of this year. Foundations have been laid, however, according to an Elad spokesperson, who added that the firm, best-known for the controversial condo conversion of the <u>Plaza Hotel</u>, had redesigned the building slightly.

ADVERTISEMENT   CLOSE ✕



"We are very optimistic about the Tribeca market," said Tom Elliott, executive vice president of sales and marketing for Elad. "We are looking forward to the upside."

Sales are expected to launch in January of 2013, Elliott said.



"We think its a wonderful site, and we wish a lot of success to Elad in their new venture," Mor said.

# Sign Up for the National Weekly Newsletter

| swinikow@donovanhatem.com | SIGN UP |

By signing up, you agree to TheRealDeal Terms of Use and acknowledge the data practices in our Privacy Policy.

The 18,747-square-foot property was acquired for $36.6 million in 2006 by an entity called Franklin Place LLC, an entity affiliated with Manhattan-based developer Sleepy Hudson, which had **intended** to construct a 20-story, 55-unit condo.

In September of last year, Fishman paid slightly less than the mortgage lien of $47 million for the property. Fishman was the only bidder in the foreclosure auction.

**Correction/ update:** *An earlier version of this story stated that the contract price was $46 million, according to sources. It has been updated with the correct price after new information was provided. The story has also been updated with comment from Yehuda Mor.*

TAGS

Elad Group

 **Top stories delivered to your inbox**

FEATURED                                                                 WEEKLY

- [ ] COMMERCIAL
- [ ] NATIONAL
- [ ] RESIDENTIAL
- [ ] CHICAGO

VIEW ALL NEWSLETTERS

swinikow@donovanhatem.com | SIGN UP

ABOUT US
CONTACT US
PRIVACY POLICY
TERMS AND CONDITIONS
SUBSCRIBE
CORPORATE SUBSCRIPTIONS
ADVERTISE
HELP CENTER

CAREERS

SHOP

All rights reserved © 2023 The Real Deal is a registered Trademark of Korangy Publishing Inc.

450 West 31st Street, New York, NY 10001 Phone: 212-260-1332