# EXHIBIT E

|  | *GZA GeoEnvironmental of New York*<br>*104 West 29th Street, 10th Floor*<br>*New York, NY 10001*<br>*212.594.8140* | **CHANGE A1** | | **ORDER** |
|---|---|---|---|---|
| **To:** Mr. David Weissy<br>BROADWAY 371, LLC<br>575 Madison Avenue, 22nd Floor<br>New York, NY 10022 | **Job Name:** | 5 Franklin Street (a.k.a 371 Broadway) | **Date:** | 01/09/13 |
| | **Location:** | 371 Broadway<br>New York, NY | **Project No.:** | 41.0162094.00 |

**ADDITIONAL SCOPE**
**Additional Work:**
Task 1: GZA will review Becker's underpinning design and prepare underpinning design calculations for approximately 10 linear feet of the southern portion of the site. In addition, GZA will prepare support of excavation drawings (SOE). GZA's underpinning design calculations and SOE drawings will be signed and sealed by a registered NY Professional Engineer.
Task 2: GZA will attend meetings with the project team and NYCDOB.
Task 3: As required by the NYCDOB, GZA will provide a licensed professional engineer on a daily basis to perform Special Inspections during the underpinning work.
Task 4: GZA will prepare the required NYCDOB TR-1 sign-off forms for submission to the NYCDOB.
  _X_ Client Request    __ Changed Site Conditions   __ Design Change

**Additional Fees:**
Task 1 : Underpinning Design and Preparation of Signed, Sealed SOE Drawings
    (lump sum) ..................................................................................................$ 5,000
Task 2 : Meetings (4@ $500/meeting) ...........................................................................$ 2,000
Task 3 : Special Inspection during Underpinning (8days@ $950/day) ......................................$ 7,600
Task 4 : NYCDOB TR-1 Sign-off (lump sum)..................... ............................................$ 500

$ 15,100

**CONTRACT INFORMATION:**

☒ Lump Sum          ☒ Total Contract Change Amount
☐ T&M               ☐ Estimated Contract Change Amount

| | | |
|---|---|---|
| ☒ Increase by this Change Order    ☐ Decrease by this Change Order | $ | 15,100.00 |
| Original Contract Amount (Including previous approved Change Order): | $ | 90,700.00 |
| Revised Contract Amount including this Change Order: | $ | 105,800.00 |

**NOTES:** Services shall be performed under the terms and conditions set forth in our December 6, 2012 Agreement.

| GZA GEOENVIRONMENTAL OF NEW YORK | BROADWAY 371, LLC |
|---|---|
| By: *Cassandra A Noyle* Date: 1/8/13<br>(Signature) | By: _____ Date: _____<br>(Signature) |

*Please return two signed copies to GZA.*