# EXHIBIT F

# SUPREME COURT OF THE STATE OF NEW YORK
## NEW YORK COUNTY

PRESENT:  **HON. BARBARA JAFFE**          PART   **12**

*Justice*

-------------------------------------------------------------------------------X

EMFT, LLC

                    Plaintiff,

              - v -

BROADWAY 371, LLC, ELAD GROUP
PROPERTIES LLC, and THE BOARD OF
DIRECTORS OF THE FRANKLIN PLACE
CONDOMINIUM,

                   Defendants.

-------------------------------------------------------------------------------X

INDEX NO.          650886/2017

MOTION DATE          _____

MOTION SEQ. NO.          _____1_____

**ORDER**

       By notice of motion, plaintiff moves without opposition pursuant to CPLR 602 for an

order consolidating this action with a related action commenced in this court by another

plaintiff against the same defendants. As the two actions arise from the construction of the

same residential condominium building and its chimney, concern common issues of law, and

involve all the same parties except one party that is only in the later action, the motion is

meritorious. Accordingly, it is hereby

       ORDERED, that the motion is granted and the above-captioned action is consolidated in

this Court with 373-375 Broadway LLC v BROADWAY 371, LLC, ELAD GROUP

PROPERTIES LLC, and THE BOARD OF DIRECTORS OF THE FRANKLIN PLACE

CONDOMINIUM, Index No.156959/2016, pending in this Court, under Index No. 156959/2016,

and the consolidated action shall bear the following caption:

EMFT, LLC and 373-375 BROADWAY, LLC,

Plaintiffs,

-against-

BROADWAY 371, LLC, ELAD GROUP PROPERTIES LLC, and THE BOARD OF DIRECTORS OF THE FRANKLIN PLACE CONDOMINIUM,

Defendants.

And it is further

ORDERED that the pleadings in the actions hereby consolidated shall stand as the pleadings in the consolidated action; it is further

ORDERED that plaintiff is directed promptly to serve a copy of this order with notice of entry on the County Clerk (60 Centre Street, Room 141 B), who shall consolidate the papers in the actions hereby consolidated and shall mark his records to reflect the consolidation; it is further

ORDERED that plaintiff is directed to serve a copy of this order with notice of entry on the Clerk of the General Clerk's Office (60 Centre Street, Room 119), who is hereby directed to mark the court's records to reflect the consolidation; and it is further

ORDERED that counsel are directed to appear for a status conference in Room 341, 60 Centre Street, on March 7, 2018, at 2:15 PM.

| 1/12/2018 | |
|-----------|--|
| DATE | BARBARA JAFFE, J.S.C. |
| | HON. BARBARA JAFFE |

| CHECK ONE: | | CASE DISPOSED | | | X | NON-FINAL DISPOSITION | | |
|------------|---|---------------|---|---|---|------------------------|---|---|
| | X | GRANTED | | DENIED | | GRANTED IN PART | | OTHER |
| APPLICATION: | | SETTLE ORDER | | | | SUBMIT ORDER | | |
| CHECK IF APPROPRIATE: | | DO NOT POST | | | | FIDUCIARY APPOINTMENT | | REFERENCE |