# EXHIBIT G

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------X
EMFT, LLC and 373-375 BROADWAY LLC,

                  Plaintiffs,

- against -

BROADWAY 371, LLC, ELAD GROUP PROPERTIES, LLC and THE BOARD OF DIRECTORS OF THE FRANKLIN PLACE CONDOMINIUM,

                  Defendants.
---------------------------------X
BROADWAY 371, LLC, and THE BOARD OF DIRECTORS OF THE FRANKLIN PLACE CONDOMINIUM,

                  Third-Party Plaintiffs,

-against-

786 IRON WORKS CORP., CERTIFIED SCAFFOLDING & HOISTING, INC., CHAMP CONSTRUCTION CORP., DESIGN CONSTRUCT INTERNATIONAL, INC., DESIGN CONSTRUCT INT'L OF NEW YORK, LLC, FNA ASSOCIATES, INC., GEOTECHNICAL SOLUTIONS CORP., GILSANZ.MURRAY.STEFICEK, INC., GILSANZ.MURRAY.STEFICEK, LLP., GZA GEOENVIRONMENTAL, INC., GOLDBERG ZOINO ASSOCIATES OF NEW YORK, PC, HYDRO TECH ENVIRONMENTAL, CORP., HYDRO TECH ENVIRONMENTAL ENGINEERING AND GEOLOGY, D.P.C., JOHN S. DEERKOSKI, P.E., AND ASSOCIATES, DEERKOSKI ENGINEERING, P.C., P-GOOM PLATFORM AND SCAFFOLDING, INC., P- GOOM, INC.

                  Third-Party Defendants.
---------------------------------X

Index No.: 156959/2016

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE AS TO PLAINTIFF 373-375 BROADWAY LLC ONLY**

-----------------------------------------------------------------X
BROADWAY 371, LLC, ELAD GROUP PROPERTIES LLC
and THE BOARD OF DIRECTORS OF THE FRANKLIN
PLACE CONDOMINIUM,

                            Second Third-Party Plaintiffs,

     -against-

ODA-ARCHITECTURE, P.C., ROBINSON RESTORATION
LLC, and SMITH RESTORATION INC.,

                            Second Third-Party Defendants.
-----------------------------------------------------------------X

     IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties in the above entitled action, that whereas no party is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the action commenced by **PLAINTIFF 373-375 BROADWAY LLC ONLY, AND ALL CROSS-CLAIMS, COUNTER-CLAIMS AND THIRD-PARTY ACTIONS OF ANY PARTY WTH RESPECT TO THE ACTION COMMENCED BY PLAINTIFF 373-375 BROADWAY LLC** (New York County Index No.: 156959/2016), be, and the same hereby is discontinued with prejudice, without costs to either party as against the other.

     <u>THIS STIPULATION SPECIFICALLY AND EXPRESSLY EXCLUDES THE ACTION ORIGINALLY COMMENCED BY PLAINTIFF EMFT, LLC (New York County Index No. 650886/2017)</u>, all claims, and defenses, including, any claim, defense, cross-claim(s), counter-claim(s), and/or third-party action(s) related to the claims asserted by Plaintiff EMFT, LLC, including any claim or defense Plaintiff, Defendants/Third-Party Plaintiffs, Third-Party Defendants, and Second Third-Party Defendants have or may have.

     This Stipulation may be filed without further notice with the clerk of the Court.

Dated: New York, New York
         September 20, 2023

By: Michael T. Contos, Esq.
WILK AUSLANDER LLP
Attorneys for Plaintiff
373-375 BROADWAY LLC
825 Eighth Avenue
New York, New York 10019

By: Ivan C. Torres, Esq.
GALLO VITUCCI KLAR LLP
Attorneys for Defendants/Third-Party Plaintiffs/
Second Third-Party Plaintiffs
BROADWAY 371 LLC, EL AD US HOLDING, INC
and THE BOARD OF DIRECTORS OF THE
FRANKLIN PLACE CONDOMINIUM
100 Crossways Park West, Suite 305
Woodbury, New York 11797

By:
BORSTEIN TURKEL, PC
Attorneys for Plaintiff
EMFT, LLC
420 Lexington Avenue, Suite 2920
New York, New York 10170

By: Adam Kraman
KATZ & RYCHIK, P.C.
Attorneys for Third-Party Defendant
CHAMP CONSTRUCTION CORP.
40 Wall Street, 30th Floor
New York, New York 10005

By:
LANDMAN CORSI BALLAINE
& FORD P.C.
Attorneys for Third-Party Defendant
786 IRON WORKS CORP.
One Gateway Center, 4th Floor
Newark, New Jersey 10271

By: Jack Batchik / Kaufman Dolowich
BADCHIK & YOUNG, LLP
Attorneys for Third-Party Defendants
GILSANZ MURRAY STEFICEK, INC. and
GILSANZ MURRAY STEFICEK, LLP
245 Main Street, Suite 330
White Plains, New York 10601

By:
GOLDSTEIN LAW, P.C.
Attorneys for Third-Party Defendant
FNA ASSOCIATES, INC.
585 Stewart Avenue, Suite 635
Garden City, New York 11530

By:
DONOVAN HATEM LLP
Attorneys for Third-Party Defendants

By:
CAMPOLO, MIDDLETON &
McCORMICK, LLP

By: Michael T. Contos, Esq.
WILK AUSLANDER LLP
Attorneys for Plaintiff
373-375 BROADWAY LLC
825 Eighth Avenue
New York, New York 10019

By: Ivan C. Torres, Esq.
GALLO VITUCCI KLAR LLP
Attorneys for Defendants/Third-Party Plaintiffs/
Second Third-Party Plaintiffs
BROADWAY 371 LLC, EL AD US HOLDING, INC.
and THE BOARD OF DIRECTORS OF THE
FRANKLIN PLACE CONDOMINIUM
100 Crossways Park West, Suite 305
Woodbury, New York 11797

By: ~~BORSTEIN TURKEL PC~~ Rivkin Stoll PC
Attorneys for Plaintiff
EMFT, LLC
~~420 Lexington Avenue, Suite 2920~~ 10 7th Ave Ste 405
~~New York, New York 10170~~ NY NY 10019

By:
LANDMAN CORSI BALLAINE
& FORD P.C.
Attorneys for Third-Party Defendant
786 IRON WORKS CORP.
One Gateway Center, 4th Floor
Newark, New Jersey 10271

By:
KATZ & RYCHIK, P.C.
Attorneys for Third-Party Defendant
CHAMP CONSTRUCTION CORP.
40 Wall Street, 30th Floor
New York, New York 10005

By:
GOLDSTEIN LAW, P.C.
Attorneys for Third-Party Defendant
FNA ASSOCIATES, INC.
585 Stewart Avenue, Suite 635
Garden City, New York 11530

By:
BABCHIK & YOUNG, LLP
Attorneys for Third-Party Defendants
GILSANZ MURRAY STEFICEK, INC. and
GILSANZ MURRAY STEFICEK, LLP
245 Main Street, Suite 330
White Plains, New York 10601

By: *Scott K. Winikow*
DONOVAN HATEM LLP
Attorneys for Third-Party Defendants

By:
CAMPOLO, MIDDLETON &
McCORMICK, LLP

By: Michael T. Contos, Esq.
WILK AUSLANDER LLP
Attorneys for Plaintiff
373-375 BROADWAY LLC
825 Eighth Avenue
New York, New York 10019

By: Ivan C. Torres, Esq.
GALLO VITUCCI KLAR LLP
Attorneys for Defendants/Third-Party Plaintiffs/
Second Third-Party Plaintiffs
BROADWAY 371 LLC, EL AD US HOLDING, INC.
and THE BOARD OF DIRECTORS OF THE
FRANKLIN PLACE CONDOMINIUM
100 Crossways Park West, Suite 305
Woodbury, New York 11797

By: ~~BORSTEIN TURKEL PC~~ Rosenstoll PC [handwritten]
Attorneys for Plaintiff
EMFT, LLC
~~420 Lexington Avenue, Suite 1920~~ 10 7th Ave Ste 405 [handwritten]
~~New York, New York 10170~~ NY NY 10019 [handwritten]

By:
LANDMAN CORSI BALLAINE
& FORD P.C.
Attorneys for Third-Party Defendant
786 IRON WORKS CORP.
One Gateway Center, 4th Floor
Newark, New Jersey 10271

By:
KATZ & RYCHIK, P.C.
Attorneys for Third-Party Defendant
CHAMP CONSTRUCTION CORP.
40 Wall Street, 30th Floor
New York, New York 10005

By:
GOLDSTEIN LAW, P.C.
Attorneys for Third-Party Defendant
FNA ASSOCIATES, INC.
585 Stewart Avenue, Suite 635
Garden City, New York 11530

By:
BABCHIK & YOUNG, LLP
Attorneys for Third-Party Defendants
GILSANZ MURRAY STEFICEK, INC. and
GILSANZ MURRAY STEFICEK, LLP
245 Main Street, Suite 330
White Plains, New York 10601

By: *Scott K. Winikow*
DONOVAN HATEM LLP
Attorneys for Third-Party Defendants

By:
CAMPOLO, MIDDLETON &
McCORMICK, LLP

GZA GEOENVIRONMENTAL, INC.
and GOLDBERG ZOINO ASSOCIATES
OF NEW YORK, P.C.
112 East 34th Street, 18th Floor
New York, New York 10120

By: _____
MILBER MAKRIS PLOUSADIS
& SEIDEN, LLP
Attorneys for Third-Party Defendants
JOHN S. DEERKOSKI, P.E. AND
ASSOCIATES and DEERKOSKI
ENGINEERING, P.C.
100 Manhattanville Road, Suite 4E20
Purchase, New York 10577

Attorneys for Third-Party Defendants
HYDRO TECH ENVIRONMENTAL
CORP. and HYDRO TECH ENVIRONMENTAL
ENGINEERING AND GEOLOGY
4175 Veterans Memorial Highway, Suite 400
Ronkonkoma, New York 11779

By: _____
FURMAN KORNFELD & BRENNAN LLP
Attorneys for Third-Party Defendant
P-GOOM, INC.
Wall Street Plaza
88 Pine Street, 32nd Floor
New York, New York 10005

By: _____
KAUFMAN BORGEEST & RYAN LLP
Attorneys for Second Third-Party
Defendant
ROBINSON RESTORATION LLC
875 Third Avenue, 5th Floor
New York, New York 10022

By: _____
FULLERTON BECK, LLP
Attorneys for Second Third-Party Defendant
SMITH RESTORATION INC.
Four West Road Oak Lane, Suite 203
White Plains, New York 10604

GZA GEOENVIRONMENTAL, INC.
and GOLDBERG ZOINO ASSOCIATES
OF NEW YORK, P.C.
112 East 34th Street, 18th Floor
New York, New York 10120

By: _/s/ Thomas H. Kupinski_
MILBER MAKRIS PLOUSADIS
& SEIDEN, LLP
Attorneys for Third-Party Defendants
JOHN S. DEERKOSKI, P.E. AND
ASSOCIATES and DEERKOSKI
ENGINEERING, P.C.
100 Manhattanville Road, Suite 4E20
Purchase, New York 10577

By: _/s/ Daniel Schilling_
KAUFMAN BORGEEST & RYAN LLP
Attorneys for Second Third-Party
Defendant
ROBINSON RESTORATION LLC
875 Third Avenue, 5th Floor
New York, New York 10022

Attorneys for Third-Party Defendants
HYDRO TECH ENVIRONMENTAL
CORP. and HYDRO TECH ENVIRONMENTAL
ENGINEERING AND GEOLOGY
4175 Veterans Memorial Highway, Suite 400
Ronkonkoma, New York 11779

By: _____
FURMAN KORNFELD & BRENNAN LLP
Attorneys for Third-Party Defendant
P-GOOM, INC.
Wall Street Plaza
88 Pine Street, 32nd Floor
New York, New York 10005

By: _/s/ Victoria Ronemus_
FULLERTON BECK, LLP
Attorneys for Second Third-Party Defendant
SMITH RESTORATION INC.
Four West Road Oak Lane, Suite 203
White Plains, New York 10604