# EXHIBIT I

## SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF NEW YORK

EMFT, LLC

- vs -

BROADWAY 371, LLC

Index No. ___156959/2016___

Appearance No. ___030___

IAS Part ___12___

### STATUS CONFERENCE

### ORDER

On ___July 11___, 20 _24_ a conference was held in this case. The parties appeared as follows:

Plaintiff(s) _EMFT, LLC by Balton Stoll PC, Avram Turkel, Esq._

_____ by _____

_____ by _____

Defendant(s) _FNB_ by _Noreen Will Fokshawlaw_

_Broadway 371, Elad Group, The Board of directors_ by _Gallo Vitucci (lk) ar LLp_

_individ_ by _Middletown & McCormick_

The Court has considered the status of this case [and determined that the Court's order of _____, 20_____ has not been complied with in that ] _____

_____

_____

_____

Accordingly, it is ORDERED that ① _Parties to serve discovery demands w/ 30 days. Parties to respond w/in 30 days upon receipt_
② _Any party may move for SJ motion at this time w/ prejudice_
③ _to provide discovery responses to all parties_
_All parties w/in 30 days; to the extent not already provided._

_____

_____

_____

Page 1 of 2

STATUS CONFERENCE ORDER

Index No. __156959/2016__    Case __EMFT, LLC vs. BROADWAY 371, LLC__ _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Absent good cause shown, any discovery issues not raised herein will be deemed waived. All dispositive motions must be filed within __40__ days of the note of issue.**

**Failure to comply with these directives may result in the imposition of costs or sanctions including dismissal or default judgment. Dates set forth may not be extended or adjourned except with advance approval of the Court.**

SC: ___10/15/24 at 2:15 p.m.___

NOI: ___2/28/25___

SO ORDERED:

Dated: __8/6/24__                          _____, J.S.C.

**HON. LESLIE A. STROTH**
**J.S.C.**