

**METHFESSEL & WERBEL**
*A Professional Corporation*

JOEL N. WERBEL>
JOHN METHFESSEL, JR.>
FREDRIC PAUL GALLIN*+^
WILLIAM S. BLOOM>*
ERIC L. HARRISON*+
MATTHEW A. WERBEL>
LORI BROWN STERNBACK*+
I. BLAKELEY JOHNSTONE, III+*
GINA M. STANZIALE>
PAUL J. ENDLER JR.>
JAMES P. CULLEN, JR.=^
THOMAS O. MULVIHILL>
JAMES FOXEN^
SARAH K. DELAHANT+
ATHINA L. CORNELL+
JEFFREY R. MERLINO+
JENNIFER A. OSBORNE+
ANDREW J. GIBBS>

Of Counsel
STEPHEN R. KATZMAN#
ED THORNTON>
MICHAEL TRIFIOLIS
BETH A. BOLGER+
PAUL E. GRIGGS>

Retired
JOHN METHFESSEL, SR.>
(1935-2017)
DON CROWLEY*+
(1942-2024)
MARC DEMBLING*+
(1944-2022)

Counsel
STEPHEN G. BRENNER+^
ADAM M. CARMAN+^
SHAJI M. EAPEN+
JOSEPH C. FALK>
ANGELA M. GURRERA>
GERALD KAPLAN>
JARED P. KINGSLEY*+
JOHN R. KNODEL*+
LESLIE A. KOCH=
CHARLES T. MCCOOK, JR.*>
CHRISTINA MICHELSON+
RICHARD A. NELKE~
STEVEN K. PARNESS+
RAINA M. PITTS^
AMANDA J. SAWYER^
JARED S. SCHURE>
STEVEN A. UNTERBURGER+

Associates
JILLIAN T. CLARK>
EDWARD D. DEMBLING>
KARISHMA DHRUVE>
MICHAEL R. EATROFF>
FRANK J. KEENAN+^
SCOTT KETTERER>

Associates, Cont'd
ALLISON M. KOENKE>
JOHN M, MARTIN>
ANTHONY J. MANCUSO>
KAJAL J. PATEL+
ADAM M. SCHWARTZ+
VITTORIA A. SCULCO>
SARAH E. SHEPP+
ALYCIA M. SWIFT+
TIFFANY D. TAGARELLI>

* Certified by the Supreme Court of
   New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
^Member of NY Bar only
>Member of NJ Bar only
#Member of NJ & LA. Bar
<Member of NJ & DC Bar
≤Member of NJ, NY & CA Bar
≥Member of NJ, PA & DC Bar
~Member of NY, NJ & DC Bar
=Member of NY, NJ & MA Bar

**Please reply to New York**

December 19, 2024

VIA ECOURTS FILING
Honorable Lewis J. Liman, U.S.D.J.
United States District Court Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE:   **CATLIN INSURANCE VS. CHAMP CONSTRUCTION, ET AL.**
      Our File No.    : 94407a SME
      Docket No.      : 1:24-CV-4499

Dear Judge Liman:

This office represents Plaintiff Catlin Insurance Company in this matter. As discussed during last Friday's Initial Pretrial Conference and per Your Honor's Individual Practices, Plaintiff and defendants GZA Geoenvironmental, Inc., also known as Goldberg Zoino Associates of New York, P.C ("GZA") and Gilsanz Murray Steficek LLC ("Gilsanz") have agreed to a briefing schedule for GZA's pending Motion to Dismiss [ECF No. 101] and Gilsanz's soon to be filed Motion to Dismiss as follows:

1) Gilsanz files its Motion to Dismiss no later than December 24, 2024;
2) Plaintiff files its opposition to both GZA and Gilsanz's Motions to Dismiss by January 20, 2025; and
3) GZA and Gilsanz file reply papers by January 27, 2025.

Methfessel & Werbel, Esqs.
Our File No. 94407a SME
Page 2

    Please contact my office should there be any questions or concerns about this briefing schedule.

                            Respectfully submitted,

                            **METHFESSEL & WERBEL, ESQS.**

                            Shaji M. Eapen
                            eapen@methwerb.com
                            Ext. 131

SME:kfh

cc:  <u>VIA ECOURTS FILING</u>
     Harold Kang, Esq.
     Gary Petropoulos, Esq.
     Catalano Gallardo & Petropoulos, LLP
     100 Jericho Quadrangle, Suite 326
     Jericho, NY 11753

     Andrew Premisler, Esq.
     Lazare Potter Giacovas & Moyle, LLP
     747 Third Avenue, Floor 16
     New York, NY 10017

     Scott Winikow, Esq.
     Manning Gross & Massenburg, LLP
     200 Vesey Street, 25th Floor
     New York, NY 10281

     Joshua Zimring, Esq.
     Zimring Brouck PLLC
     42 Broadway, Suite 12-142
     New York, NY 10004

     John McKenna, Esq.
     Bethany Gartner, Esq.
     L'Abbate, Balkan, Colavita & Contini, LLP
     3 Huntington Quadrangle, Suite 102S
     Melville, NY 11747


     Daniel Gerber, Esq.
     Dominick Roa, Esq.

Methfessel & Werbel, Esqs.
Our File No. 94407a SME
Page 3

 Gerber Ciano Kelly Brady LLC
 599 Delaware Avenue
 Buffalo, NY 14202

 Roy Schwartz, Esq.
 Zetlin & DeChiara, LLP
 801 2nd Avenue, 16th Floor
 New York, NY 10017