Shaji M. Eapen
METHFESSEL & WERBEL, ESQS.
112 West 34th Street, 17th Floor
New York, NY  10120
Phone: 212-947-1999
Fax: 212-947-3332
eapen@methwerb.com
Attorneys for Catlin Insurance Company
Our File No.  94407a SME

| | |
|---|---|
| CATLIN INSURANCE COMPANY,<br><br>    Plaintiff<br><br>V.<br><br>CHAMP CONSTRUCTION COMPANY, AMERICAN EMPIRE INSURANCE COMPANY, MERCHANTS MUTUAL INSURANCE COMPANY, NAVIGATORS SPECIALTY INSURANCE, AXIS INSURANCE, NAVIGATORS INSURANCE COMPANY, GZA GEOENVIRONMENTAL, INC., also known as GOLDBERG ZOINO ASSOCIATES OF NEW YORK P.C., COMMERCE & INDUSTRY INSURANCE, ACE AMERICAN INSURANCE COMPANY, GILSANZ, MURRAY, STEFICEK,LLP, CONTINENTAL CASUALTY COMPANY,<br>JOHN DOES 1-10 (said persons being unknown and fictitious) and ABC COMPANIES 1-10 (said entities being unknown and fictitious),<br><br>    Defendants | UNITED STATE DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK<br>CASE NO.: 1:24-cv-4499<br><br>Civil Action<br><br>**CERTIFICATION OF WORD COUNT PER LOCAL CIVIL RULE 7.1(c)** |

I, Shaji M. Eapen, of full age, duly certify and says:

1. I am an attorney at law in the State of New Jersey, associated with the law firm of Methfessel & Werbel, attorneys for Catlin Insurance Company, and in such capacity I am fully familiar with the facts of the within matter.

2. Plaintiff's memorandum of law in opposition to Defendant Goldberg-Zoino Associates of New York, P.C. i/s/h/a GZA Environmental Inc. a/k/a Goldberg Zoino Associates of New York P.C's Motion to Dismiss for lack of subject matter jurisdiction is less than 8,750 words.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment by law.

*Shaji M Eapen*

_____
Shaji M. Eapen

DATED: January 27, 2025