Shaji M. Eapen
METHFESSEL & WERBEL, ESQS.
112 West 34th Street, 17th Floor
New York, NY  10120
Phone: 212-947-1999
Fax: 212-947-3332
eapen@methwerb.com
Attorneys for Catlin Insurance Company
Our File No.  94407a SME

| | |
|---|---|
| CATLIN INSURANCE COMPANY,<br><br>Plaintiff<br><br>AGAINST<br><br>CHAMP CONSTRUCTION COMPANY, AMERICAN EMPIRE INSURANCE COMPANY, MERCHANTS MUTUAL INSURANCE COMPANY, NAVIGATORS SPECIALTY INSURANCE, AXIS INSURANCE, NAVIGATORS INSURANCE COMPANY, GZA GEOENVIRONMENTAL, INC., also known as GOLDBERG ZOINO ASSOCIATES OF NEW YORK P.C., COMMERCE & INDUSTRY INSURANCE, ACE AMERICAN INSURANCE COMPANY, GILSANZ, MURRAY, STEFICEK,LLP, CONTINENTAL CASUALTY COMPANY,<br>JOHN DOES 1-10 (said persons being unknown and fictitious) and ABC COMPANIES 1-10 (said entities being unknown and fictitious),<br><br>Defendants | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK<br>CASE NO.: 1:24-CV-4499-LJL<br><br>Civil Action<br><br>**DECLARATION OF SHAJI M. EAPEN, ESQ.** |

I, Shaji M. Eapen, of full age, in lieu of an Affidavit, hereby state and declare as follows:

1. I am an attorney at law in the State of New Jersey, associated with the law firm of Methfessel & Werbel, attorneys for Plaintiff Catlin Insurance Company, and in such capacity I am fully familiar with the facts of the within matter.

2. Attached as **Exhibit A** is an accurate copy of Goldberg-Zoino Associates of New York, P.C. i/s/h/a GZA Environmental Inc. a/k/a Goldberg Zoino Associates of New York P.C's (hereinafter "GZA") contract with Broadway 371, LLC.

3. Attached as **Exhibit B** is an accurate copy of StructureTech Engineering PC's Forensic Investigation Report dated August 26, 2020.

I swear under penalty of perjury that the foregoing is true and correct.

**METHFESSEL & WERBEL, ESQS.**
Attorneys for Catlin Insurance Company

By:_____
       Shaji M. Eapen

DATED: January 27, 2025