# EXHIBIT B

# StructureTech Engineering PC

7 Lee Place, Paterson, NJ 07505
Tel: (973) 523-9900 • Fax (973) 742-1818
elsherif@Structuretech.us

**FORENSIC INVESTIGATION REPORT**



Luxury Apartment Building
365 Broadway, New York, New York 10013

August 26, 2020

By

Omar Elsherif, PhD, PE
New York P.E. License # 080983

For

EMFT, LLC

EMFT 00073

## INTRODUCTION/BACKGROUND

The subject building is a multi-residential luxury apartment building located at 365 Broadway in the Tribeca area of New York, New York. On January 25, 2016 I was called to inspect and investigate the cracking in the walls and floor finishes at the cellar and sub cellar (levels) recently noticed by the owner. It was reported by the owner that the subject building may have sustained these damages as a result of nearby construction at the adjacent property to the north since all observed cracks are located at the north side on the building. On February 3, 2016, at the request of the building owner EMFT, LLC, StructureTech Engineering PC conducted a visual inspection of the subject building to determine the cause and extent of structural damage to the subject building and the overall condition of the building. In addition, in 2017, 2018 and 2019, per the request of EMFT, LLC, StructureTech performed follow-up inspections of the subject building to check on the structural condition of the building, evaluate previously observed defects and document any new structural and/or non-structural defects.

## PROPERTY PROFILE

The subject building is an 8-story, rectangular-shaped building with a cellar and sub-cellar. The building is constructed with brick masonry perimeter walls, metal-framed interior walls, wood-framed floors and a presumed continuous spread footing foundation at the perimeter walls. The roof is a near-flat, steel-framed roof supported by perimeter walls and steel columns. The building was constructed circa 1920 and was converted from a commercial building to a multi-residential apartment building in 2011. The first floor of the building is utilized as retail space During the renovation, new stairs, elevators and two additional floors were added to the subject building. The building is situated at the corner of Broadway and Franklin Street with the front of the building facing east onto Broadway (**Photographs 1, 2 and 3**).

The exterior finishes consist of exposed brick masonry at the perimeter walls, and an aluminum coated rubber roofing membrane at the roof. Interior finishes of first floor and subcellar and cellar floors consist of both painted drywall, granite, and marble at walls and granite/marble tiles on the floors.

There is a building adjacent to and attached along the north elevation of the subject building (371 Broadway). The original structure at 371 Broadway was demolished in 2012. The new building at 371 Broadway is a 20-story luxury residential building with retail space at the ground level. The new structure at 371 Broadway was partially complete when the cracks in the subject building were discovered (**Photographs 30, 31 and 32**).

**FIELD OBSERVATIONS**

Observations made during our visual inspections in 2016, 2017, 2018 and 2019:

FIRST FLOOR
- Cracks of various lengths and widths have developed in floor finishes throughout the 1st floor of the subject building including the hallway, an adjacent utility closet and mailboxes area which is located along the north wall.
- Hair line cracks were observed in the marble tiles at/near the elevator lobby area along the north wall.
- Cracks were observed in the stair landing slabs at most of the floors. The stairs and landings are all located along the north wall.
- Cracks were observed in the ceiling of unit 2A along the north wall.

CELLAR AND SUBCELLAR
- Recently I observed newly developed cracks that were noted in wall and floor finishes at the cellar and subcellar including in the laundry room, game room and on the wall finish tiles. The observed cracks vary in length and width.
- Cracks of various lengths and widths were observed in the in the stone tiles in the stair landing and hallways of the cellar and subcellar along the north wall.
- Cracks were observed on the stone tile walls and floor tiles in the sub-cellar lounge area and in the north wall at the east side of the building.

SOIL CONDITION:
- The building is underlain by sand layer to a depth of approximately 50 feet below existing footings with allowable bearing pressure of 6 kips per square foot. the soil pressure under the footing of the front portion of the north wall (where both buildings are attached) has increased rapidly and very much exceeded the value of the rear portion of the footing of the wall (where the building at 371 has ended). Accordingly, the front portion has settled more than the rear portion.
- The increase in soil pressure and settlement at the front section of the north wall caused the adjacent building (371 Broadway) to drag the north wall of 365 Broadway downward slowly and continuously.
- The increase in soil pressure and settlement of the front section of the north wall caused slowly and continuously tilting of the wall.

## CONCLUSIONS

In my professional expert opinion as a structural forensic engineer, I have come to the conclusion that the observed cracks at floors and walls of the subcellar, cellar and floors above are the result of foundation movement/settlement caused by the increase in the load applied from the adjacent new building to the north at 371 Broadway. The volume/weight of the new adjacent building is about 4 times the volume/weight of the old demolished building. This means that the applied dead and live loads of the adjacent new building is approximately 4 times the load which the soil beneath the footing has experienced. The settlement of the footing will continue slowly for a long period of time causing more cracks and wall tilting.

The increase in soil pressure and settlement at the front section of the north wall caused the adjacent building (371 Broadway) to drag the north wall of 365 Broadway downward slowly and continuously. Farther more, the increase in soil pressure and settlement of the front section of the north wall caused slowly and continuously tilting of the wall.

In addition, the large difference between the heights of both buildings will cause the taller building (371 Broadway) to exert a lateral force on the shorter building (365 Broadway) induced by the lateral wind and seismic forces.

STRUCTURETECH ENGINEERING PC  
Forensic Investigation Report

365 BROADWAY  
NEW YORK, NY 10013

**PHOTOGRAPHS**



Photograph 1: Image Obtained from Google Earth. Aerial image of the subject building and building adjacent to the subject building.



Photograph 2: Image obtained from Bing.com. East elevation of 365 Broadway and 371 Broadway.

Page 5 of 21

EMFT 00077

STRUCTURETECH ENGINEERING PC
Forensic Investigation Report

365 BROADWAY
NEW YORK, NY 10013



Photograph 3: (Imge Obtained from http://ny.curbed.com/): Before and after the renovation which was completed in 2011.



Photograph 4: Cellar Floor Hallway: cracking noted in the tile floor finish.

**STRUCTURETECH ENGINEERING PC**
Forensic Investigation Report

365 BROADWAY
NEW YORK, NY 10013



**Photograph 5**: stair landing at cellar floor level: cracking noted in the concrete slab of the main stair landing.



**Photograph 6**: Mail Room: cracks observed in the marble flooring in the mail room at first floor.

STRUCTURETECH ENGINEERING PC
Forensic Investigation Report

365 BROADWAY
NEW YORK, NY 10013



**Photograph 7**: Laundry Room: a linear crack in the tile floor finishes of the laundry room extending from the north wall to south wall.



**Photograph 8**: Laundry Room: full height vertical crack noted in the tile finish on the north wall at cellar level.

**STRUCTURETECH ENGINEERING PC**
Forensic Investigation Report

365 BROADWAY
NEW YORK, NY 10013



Photograph 9:  Game Room: multiple cracks noted in the tile floor finish of the game room on the subcellar level.



Photograph 10:  Game Room: multiple cracks noted in the tile floor finish of the game room on the subcellar Level.

Page **9** of **21**

EMFT 00081