STRUCTURETECH ENGINEERING PC  
Forensic Investigation Report

365 BROADWAY  
NEW YORK, NY 10013



Photograph 11:  Game Room and east vault:  cracking noted in the Game Room concrete slab below the tile floor finish.



Photograph 12: Game Room:  mortar joint cracks and through-tile cracks noted throughout the Game Room.

EMFT 00082

**STRUCTURETECH ENGINEERING PC**
Forensic Investigation Report

365 Broadway
New York, NY 10013



**Photograph 13** mortar joint cracks and through-tile cracks noted near north wall



**Photograph 14**: Cellar level: crack noted in the wall and stone base at the north wall

EMFT 00083



**Photograph 15**: Cellar level: crack noted in stone wall and floor at the north wall



**Photograph 16**: Cellar level: crack noted in stone wall and floor at the north wall



**Photograph 17**: Cellar level: crack noted in stone wall and floor at the north wall



**Photograph 18**: Cellar level: crack noted in stone wall and floor at the north wall



**Photograph 19**: First Floor: crack noted in the marble stone wall and floor at mail room



**Photograph 20**: First Floor: crack noted in the marble stone wall and floor at mail room



**Photograph 21**: First Floor: crack noted in the marble stone floor at mail room



**Photograph 22**: First Floor: crack noted in the marble stone wall and floor at mail room



**Photograph 23**: First Floor: diagonal crack noted in the wall at the door of unit 2A



**Photograph 24**: First Floor: diagonal crack noted in the wall at the door of unit 2A

STRUCTURETECH ENGINEERING PC  
Forensic Investigation Report  

365 BROADWAY  
NEW YORK, NY 10013



Photograph 25: First Floor: sheet rock crack noted in the ceiling of unit 2A



Photograph 26: First Floor: sheet rock crack noted in the ceiling of unit 2A

Page 17 of 21

EMFT 00089

STRUCTURETECH ENGINEERING PC
Forensic Investigation Report

365 BROADWAY
NEW YORK, NY 10013



**Photograph 27**: First Floor: sheet rock crack noted in the ceiling of unit 2A



**Photograph 28**: First Floor: sheet rock crack noted in the ceiling of unit 2A



Photograph 29: North wall: the new building 371 Broadway has been built adjacent to 365 Broadway with no gap in between.



Photograph 30: North wall: general view of north wall looking south.



**Photograph 31**: North wall: general view of north wall looking east.



**Photograph 32**: North wall: general view of north wall looking south & up.



Photograph 33:  General view of east elevation from Broadway looking west.