

# METHFESSEL & WERBEL
*A Professional Corporation*

| | | |
|---|---|---|
| JOEL N. WERBEL> | Of Counsel | Associates |
| JOHN METHFESSEL, JR.> | Stephen R. Katzman# | JILLIAN T. CLARK> |
| FREDRIC PAUL GALLIN*+^ | ED THORNTON> | EDWARD D. DEMBLING> |
| WILLIAM S. BLOOM>* | MICHAEL TRIFIOLIS | KARISHMA DHRUVE> |
| ERIC L. HARRISON*+ | BETH A. BOLGER+ | MICHAEL R. EATROFF> |
| MATTHEW A. WERBEL> | PAUL E. GRIGGS> | ERICA FRANCISCO-LAU+ |
| LORI BROWN STERNBACK*+ | | FRANK J. KEENAN+^ |
| I. BLAKELEY JOHNSTONE, III+* | Counsel | SCOTT KETTERER> |
| GINA M. STANZIALE> | STEPHEN G. BRENNER+^ | JOHN M. MARTIN> |
| PAUL J. ENDLER JR.> | ADAM M. CARMAN+^ | ANTHONY J. MANCUSO> |
| JAMES P. CULLEN, JR.=^ | SHAJI M. EAPEN+ | KAJAL J. PATEL+ |
| THOMAS O. MULVIHILL> | JOSEPH C. FALK> | ADAM M. SCHWARTZ+ |
| JAMES FOXEN^ | ANGELA M. GURRERA> | VITTORIA A. SCULCO> |
| SARAH K. DELAHANT+ | GERALD KAPLAN> | SARAH E. SHEPP+ |
| ATHINA L. CORNELL+ | JARED P. KINGSLEY*+ | ALYCIA M. SWIFT+ |
| JEFFREY R. MERLINO+ | JOHN R. KNODEL*+ | TIFFANY D. TAGARELLI> |
| JENNIFER A. OSBORNE+ | LESLIE A. KOCH= | |
| ANDREW J. GIBBS> | CHARLES T. MCCOOK, JR.*> | *Certified by the Supreme Court of |
| JARED S. SCHURE> | CHRISTINA MICHELSON+ | New Jersey as a Civil Trial Attorney |
| | RICHARD A. NELKE~ | +Member of NY & NJ Bar |
| | STEVEN K. PARNESS+ | ^Member of PA & NJ Bar |
| Retired | RAINA M. PITTS^ | ^Member of NY Bar only |
| JOHN METHFESSEL, SR.> | AMANDA J. SAWYER^ | >Member of NJ Bar only |
| (1935-2017) | STEVEN A. UNTERBURGER+ | #Member of NJ & LA. Bar |
| DON CROWLEY*+ | | <Member of NJ & DC Bar |
| (1942-2024) | | <Member of NJ, NY & CA Bar |
| MARC DEMBLING*+ | | >Member of NJ, PA & DC Bar |
| (1944-2022) | | ~Member of NY, NJ & DC Bar |
| | | =Member of NY, NJ & MA Bar |

**Please reply to New York**

February 13, 2025

<u>VIA ECOURTS FILING</u>
Honorable Lewis J. Liman, U.S.D.J.
United States District Court Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE: **CATLIN INSURANCE VS. CHAMP CONSTRUCTION, ET AL.**
Our File No.     : 94407a SME
Docket No.      : 1:24-CV-4499

Dear Judge Liman:

This office represents Plaintiff Catlin Insurance Company ("Catlin") in this matter. Kindly accept this letter in response to the Declaration of Counsel filed in support of Defendant Continental Casualty Company's request to join Gilsanz, Murray, Steficek, LLP's Motion to Dismiss the Amended Complaint, ECF No. 131. Specifically, Catlin requests that Continental Casualty Company's ("Continental") request to join in a pending Motion to Dismiss simply by filing a Declaration should be denied.

<u>Local Rule</u> 7.1(a) requires that all motions include a notice of motion, memorandum of law, supporting affidavits and exhibits. The lone exception is for "letter-motions" as defined by <u>L.R.</u> 7.1(e). <u>Id.</u> at 7.1. <u>Local Rule</u> 7.1(e) limits "letter-motions" to "[a]pplications for extensions or adjournments, applications for a premotion conference, and similar **non-dispositive matters** may be brought by letter motion. Other motions cannot be brought by letter-motion unless authorized by the judge's individual practices or order issued in a particular case." (<u>L.R.</u> 7.1(e) (emphasis added).

2025 Lincoln Highway • Suite 200 • P.O. Box 3012 • Edison, NJ 08818 • (732) 248-4200 • FAX (732) 248-2355
112 West 34th Street • 17th Floor • New York, NY 10120 • (212) 947-1999 • FAX (212) 947-3332
One Liberty Place • 1650 Market St., 36th Floor • Philadelphia, PA 19103 • (215) 665-5622 • FAX (215) 665-5623
101 Federal Street • Suite 1900 • Boston, MA 02110 • (617) 204-5630 • FAX (617) 977-9398
www.njinslaw.com

Methfessel & Werbel, Esqs.
Our File No. 94407a SME
Page 2

  Here, Continental is seeking dispositive relief via an attorney declaration without the requisite components of a dispositive motion. Therefore, Continental's informal request for relief must be denied for failure to comply with the Court Rules.

           Respectfully submitted,

           **METHFESSEL & WERBEL, ESQS.**

           */s/ Shaji M. Eapen*

           Shaji M. Eapen
           eapen@methwerb.com
           Ext. 131

SME:kfh

cc:  **VIA ELECTRONIC FILING**

  VIA EMAIL: apremisler@lpgmlaw.com
  Andrew Premisler, Esq.

  VIA EMAIL: swinikow@mgmlaw.com
  Scott Winikow, Esq.

  VIA EMAIL: jzimring@zblawpllc.com
  Joshua Zimring, Esq.

  VIA EMAIL: jmckenna@lbcclaw.com
  John McKenna, Esq.

  VIA EMAIL: bgartner@lbcclaw.com
  Bethany Gartner, Esq.

  VIA EMAIL: dgerber@gerberciano.com
  Daniel Gerber, Esq.

  VIA EMAIL: droa@gerberciano.com
  Dominick Roa, Esq.

  VIA EMAIL: gpetropoulos@cgpllp.com
  Gary Petropoulos, Esq.

  VIA EMAIL: rschwartz@zdlaw.com
  Roy Schwartz, Esq.