USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/02/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
    :
CATLIN INSURANCE COMPANY,    :
    :
    Plaintiff,    :
    :    24-cv-4499 (LJL)
  -v-    :
    :    ORDER
CHAMP CONSTRUCTION COMPANY, AMERICAN  :
EMPIRE INSURANCE COMPANY, MERCHANTS  :
MUTUAL INSURANCE COMPANY, NAVIGATORS  :
SPECIALTY INSURANCE, AXIS INSURANCE,  :
NAVIGATORS INSURANCE COMPANY, GZA  :
GEOENVIRONMENTAL, INC., also known as  :
GOLDBERG ZOINO ASSOCIATES OF NEW YORK  :
P.C., COMMERCE & INDUSTRY INSURANCE, ACE  :
AMERICAN INSURANCE COMPANY, GILSANZ,  :
MURRAY, STEFICEK,LLP, CONTINENTAL  :
CASUALTY COMPANY, JOHN DOES 1-10 (said  :
persons being unknown and fictitious) and ABC  :
COMPANIES 1-10 (said entities being unknown and  :
fictitious),  :
    :
    Defendants.  :
    :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    Defendant GZA GeoEnvironmental, Inc., also known as Goldberg Zoino Associates of New York PC ("GZA") has moved, pursuant to Federal Rule of Civil Procedure 12(b)(1), to dismiss the Amended Complaint against it for lack of jurisdiction. Dkt. No. 101. The Court will hear oral argument on the motion on July 14, 2025, at 2:30 p.m., in Courtroom 15C at the 500 Pearl Street Courthouse.

    SO ORDERED.

Dated: July 2, 2025
    New York, New York

                                                      LEWIS J. LIMAN
                                                      United States District Judge